UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CIVIL ACTION NO. 6:19-CV-00038-GFVT

*Electronically Filed*

APPALACHIAN REGIONAL HEALTHCARE, INC.                    PLAINTIFF

VS.      **DEFENDANT RICHIE PHARMACAL CO.'S
CORPORATE DISCLOSURE STATEMENT**

PURDUE PHARMA L.P., et al.                               DEFENDANTS

Defendant, Richie Pharmacal, Co., by counsel, files this disclosure statement as required by Federal Rules of Civil Procedure 7.1 and certifies the following:

Richie Pharmacal, Co. is not a publicly traded company; it does not have a parent corporation; nor does any publicly held company own 10% or more of its stock.

This 8th day of February, 2019.

                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      

KERRICK BACHERT, PSC
1025 State Street
Bowling Green KY 42101
270-782-8160
tkerrick@kerricklaw.com
mcook@kerricklaw.com

*/s/Matthew P. Cook*
Thomas N. Kerrick
Matthew P. Cook
Colton W. Givens
*Attorneys for Defendant, Richie Pharmacal Co.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 8th day of February, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic notification of such filing to all counsel of record in this action.

                                                   /s/     Matthew P. Cook
                                                   Matthew P. Cook
                                                 *Attorney for Defendant, Richie Pharmacal Co.*