UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
*(Electronically Filed)*

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) ) ) |
| Plaintiff, | ) ) CASE NO. 6:19-CV-00038-GFVT |
| V. | ) ) |
| PURDUE PHARMA L.P., ET AL. | ) ) ) |
| Defendants. | ) ) ) ) |

**NOTICE OF FILING SUPPLEMENT TO STATE COURT RECORD EVIDENCING PROPOSED AGREED ORDER FOR EXTENSION OF TIME**

Defendant Cardinal Health, Inc. hereby supplements the state court record by filing the attached proposed Agreed Order for Extension of Time, which was filed and tendered on February 6, 2019 with the Perry Circuit Court (Exhibit A). The Agreed Order for Extension of Time was filed on behalf of the Defendants listed in the proposed order, including Cardinal Health, Inc. and AmerisourceBergen Drug Corporation, and upon agreement of the parties, gave the Defendants through March 22, 2019 within which to answer, move, or otherwise serve a response to Plaintiff's Complaint.

Respectfully submitted,

/s/Steven B. Loy
Steven B. Loy
Perry M. Bentley
Monica H. Braun
Stoll Keenon Ogden PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
Telephone: (859) 231-3000
Fax: (859) 253-1093
steven.loy@skofirm.com
perry.bentley@skofirm.com
monica.braun@skofirm.com
*Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which shall automatically serve all counsel of record. In addition, the following were mailed copies via U.S. Mail, postage prepaid:

R. Eric Mills
**MILLS LAW GROUP**
P.O. Box 2057
Inez, Kentucky 41225

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095

Warren Burns
**BURNS CHAREST, LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202

Korey A. Nelson
Lydia A. Wright

Rick Yelton
**BURNS CHAREST, LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130

Jonathan W. Cuneo
Monica Miller
David Black
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016

Steve Martino
**TAYLOR MARTINO, P.C.**
51 St. Joseph St.
Mobile, AL 36602

Mark S. Cheffo
Hayden A. Coleman
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
*Counsel for Purdue Pharma L.P.,*
*Purdue Pharma Inc.; and The*
*The Purdue Frederick Company Inc.*

Steven A. Luxton
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

Steven A. Reed
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921

*Counsel for Teva Pharmaceutical Industries Ltd.,*
*Teva Pharmaceuticals USA, Inc., Cephalon, Inc.,*
*Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.,*
*Actavis LLC and Watson Laboratories, Inc.*

John A. McCauley
James K. O'Connor
**VENABLE LLP**
750 East Pratt Street, Suite 900

Baltimore, MD 21202
*Counsel for Abbott Laboratories and*
*Abbott Laboratories Inc.*

Christopher M. Mussler
**GWIN, STEINMETZ & BAIRD, PLLC**
401 West Main Street, Suite 1000
Louisville, KY 40202

J. Matthew Donohue
Joseph L. Franco
**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

*Counsel for INSYS Therapeutics, Inc.*

Brien T. O'Connor
Andrew J. O'Connor
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
*Counsel for Mallinckrodt LLC and SpecGX LLC*

Jeffrey F. Peck
Thomas G. McIntosh
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
*Counsel for Amneal Pharmaceuticals LLC*

C. Scott Jones
**LOCKE LORD LLP**
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201

Robert C. "Coley" Stilz III
**KINKHEAD & STILZ**
PNC Tower
301 East Main Street, Suite 800
Lexington, KY 40507
*Counsel for Henry Schien, Inc.*

Scott Powers
**BAKER BOTTS LLP**

98 San Jacinto Blvd, Ste. 1500
Austin, TX 78701
*Counsel for Depomed Inc. n/k/a
Assertio Therapeutics, Inc.*

Daniel E. Murner
Elizabeth J. Winchell
**LANDRUM & SHOUSE LLP**
106 West Vine Street, Suite 800
Lexington, KY 40507
*Counsel for Defendant AmerisourceBergen
Drug Corporation*

Charles C. Lifland
**O'Melveny & Myers LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Counsel for Defendants Johnson & Johnson;
Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen
Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals,*

Donna Welch, PC
Martin L. Roth
Timothy Knapp
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654

Jennifer G. Levy PC
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW
Washington DC 20005

*Counsel for Allergan PLC f/k/a Actavis PLC
and Allergen Finance LLC f/k/a Actavis, Inc.
f/k/a Watson Pharmaceuticals, Inc.*

John D. Lombardo
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
*Counsel for Endo Health Solutions, Inc. and
Endo Pharmaceuticals, Inc.*

Anda, Inc.
2253 E. BENNETT ST.

SPRINGFIELD, MO 65804

W. Kennedy Simpson
**Thompson, Miller & Simpson, PLC**
734 W. Main Street
Suite 400
Louisville, KY 40202
*Counsel for H.D. Smith, LLC*

Ace Clinique of Medicine LLC
c/o JAMES A. CHANEY, M.D.
181 ROY CAMPBELL DR.
HAZARD, KY 41701

The Recovery Center, LLC
c/o Robert Jack Duncan
1550 Hwy 15 S., Ste 200
Jackson, KY 41339

/s/Steven B. Loy
*Counsel for Defendant Cardinal Health, Inc.*

121198.158213/7883076.1