# **EXHIBIT A**

Tendered   18-CI-00512   02/06/2019   Charles Ira Patterson, Perry Circuit Clerk   NOT ORIGINAL DOCUMENT
02/13/2019 02:05:34 PM
88890-11

Case: 6:19-cv-00038-GFVT   Doc #: 7-1   Filed: 02/13/19   Page: 2 of 13 - Page ID#: 535

## COMMONWEALTH OF KENTUCKY
## PERRY CIRCUIT COURT

| | |
|---|---|
| **APPALACHIAN REGIONAL HEALTHCARE, INC.**<br><br>**Plaintiff,**<br>v.<br><br>**PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; NORAMCO, INC; AMNEAL PHARMACEUTICALS, LLC; TEVA PHARMACEUTICAL INDUSTRIES, LTD; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC.; ABBOTT LABORATORIES; ABBOTT LABORATORIES, INC.; DEPOMED, INC.; ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS, INC.; MALLINCKRODT, LLC; INSYS THERAPEUTICS, INC.; MALLINCKRODT PLC; SPECGX; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA. INC.; WATSON LABORATORIES, INC.; ANDA, INC.; H.D. SMITH, LLC f/k/a H.D. SMITH WHOLESALE DRUG CO.; HENRY SCHEIN, INC.; AMERISOURCEBERGEN DRUG CORPORATION; RICHIE PHARMACAL CO.; CARDINAL HEALTH, INC.; ACE CLINIQUE OF MEDICINE, LLC; THE RECOVERY CENTER, LLC; and DOES 1-100.**<br><br>**Defendants.** | **CASE NO. 18-CI-00512**<br><br>**AGREED ORDER FOR EXTENSION OF TIME** |

By agreement of the Defendants listed below, by counsel, and Plaintiff Appalachian Regional Healthcare, by counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the below listed Defendants shall have through March 22, 2019 within which to answer, move, or otherwise serve a response to Plaintiff's Complaint.

DATED THIS _____ DAY OF _____, 2019.

_____
JUDGE, PERRY CIRCUIT COURT

Have Seen and Agree:

s/Jessica A. Burke
Jessica A. Burke
**BURKE LAW GROUP**
P.O. Box 1510
Whitley City, Kentucky 42653
Phone: (859) 533-3269
Fax:    (502) 415-7297
jessica@bjblawoffices.net
*Counsel for Plaintiff Appalachian Regional Healthcare.*

 /s/ Monica H. Braun
Steven B. Loy
Perry M. Bentley
Monica H. Braun
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
T: (859) 231-3000
F: (859) 253-1093
Steven.loy@skofirm.com
Perry.bentley@skofirm.com
Monica.braun@skofirm.com
*Counsel for Defendant Cardinal Health, Inc.*

 /s/ C. Scott Jones
C. Scott Jones
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8761
M: (214) 802-8761
F: (214) 740-8800
Sjones@lockelord.com
*Co-counsel for Defendant Henry Schien, Inc.*

 /s/ Robert C. "Coley" Stilz III
Robert C. "Coley" Stilz III
KINKHEAD & STILZ
PNC Tower
301 East Main Street, Suite 800
Lexington, KY 40507
T: (859) 296-2300
cstilz@ksattorneys.com
*Co-counsel for Defendant Henry Schien, Inc.*

1

Tendered          18-CI-00512          02/06/2019          Charles Ira Patterson, Perry Circuit Clerk               NOT ORIGINAL DOCUMENT
02/13/2019 02:05:34 PM
88890-11

Case: 6:19-cv-00038-GFVT   Doc #: 7-1   Filed: 02/13/19   Page: 4 of 13 - Page ID#: 537

   /s/ Matthew P. Cook
Matthew P. Cook
Colton Givens
KERRICK BACHERT PSC
1025 State Street
Bowling Green, KY 42101
T: (270) 782-8160
mcook@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendant Richie Pharmacal, Co.*

   /s/ John A. McCauley
John A. McCauley
James K. O'Connor
Michael MacWilliams
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
T: (410)244-7682
F: (410)244-7742
jmccauley@venable.com
jko'connor@venable.com
mbmacwilliams@venable.com
*Counsel for Defendant Abbott Laboratories and Abbott Laboratories Inc.*

   /s/ Elizabeth J. Winchell
Daniel E. Murner
Elizabeth J. Winchell
LANDRUM & SHOUSE LLP
106 West Vine Street, Suite 800
Lexington, KY 40507
T: (859) 255-2424
F: (859) 233-0308
dmurner@landrumshouse.com
ewinchell@landrumshouse.com
*Counsel for Defendant AmerisourceBergen Drug Corporation*

   /s/ Jeffrey F. Peck
Jeffrey F. Peck
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
T: (513)698-5000
F: (513)698-5001
jpeck@ulmer.com
tmcintosh@ulmer.com
*Counsel for Defendant Amneal Pharmaceuticals, LLC*

   /s/ Christopher M. Mussler
Christopher M. Mussler
GWIN, STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000
Louisville, KY  40202
Telephone:  502-618-5700
Facsimile:  502-618-5701
cmussler@gsblegal.com

J. Matthew Donohue*
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com
*Co-counsels for Defendant INSYS Therapeutics, Inc.*
* denotes national counsel who will seek pro hac vice admission

2

_/s/ Mark S. Cheffo_____
Mark S. Cheffo*
Hayden A. Coleman*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Mark.Cheffo@dechert.com
Hayden.Coleman@dechert.com
*Counsel for Defendant Purdue Pharma L.P., Purdue Pharma Inc.; and The Purdue Frederick Company Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

_/s/ Brien T. O'Connor_____
Brien T. O'Connor *
Andrew J. O'Connor *
ROPES & GRAY LLP[1]
800 Boylston Street
Boston, MA 02199
T: (617) 235-4650
F: (617) 235-9882
Brien.o'connor@ropesgray.com
Andrew.o'connor@ropesgray.com
*Counsel for Mallinckrodt LLC and SpecGX LLC*
*Specially appearing for Mallinckrodt PLC*
*\* denotes pro hac vice application to be submitted*

__/s/ Scott Powers_____
Scott Powers
BAKER BOTTS LLP
98 San Jacinto Blvd, Ste. 1500
Austin, TX 78701
T: (512)322-2678
F: (512)322-8392
M: (512) 750-4248
Scott.powers@bakerbotts.com
*Counsel for Defendant Depomed Inc. n/k/a Assertio Therapeutics, Inc.*

__/s/ Charles C. Lifland_____
Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
T: (213) 430-6000
clifland@omm.com
*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
*\* pro hac vice application forthcoming*

---

[1] [1] Mallinckrodt plc, an Irish company, disputes that it was properly served but nonetheless agrees to an extension and expressly reserves all available defenses, including but not limited to lack of personal jurisdiction and service of process.

3

/s/ Donna Welch
Donna Welch, PC *
Martin L. Roth *
Timothy Knapp *
KIRKLAND & ELLIS LLP[2]
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000
Donna.welch@kirkland.com
Martin.roth@kirkland.com
Timothy.knapp@kirkland.com


Jennifer G. Levy PC *
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington DC 20005
T: (202) 879-5000
Jennifer.levy@kirkland.com
*Counsel for Allergan PLC f/k/a Actavis PLC and Allergan Finance LLC f/k/a Actavis, Inc f/k/a Watson Pharmaceuticals, Inc.*
* *denotes national counsel who will seek pro hac vice admission*

/s/ Steven A. Luxton
Steven A. Luxton
Kentucky Bar No. 94646
**MORGAN, LEWIS & BOCKIUS LLP**[3]
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
steven.luxton@morganlewis.com

Steven A. Reed*
**MORGAN, LEWIS, & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T: (215) 963-5000
Steven.reed@morganlewis.com

*Counsel for Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis LLC and Watson Laboratories, Inc.*

* *denotes national counsel who will seek pro hac vice admission*

---

[2] Allergan plc f/k/a Actavis plc and Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. dispute that they have been served but nonetheless agree to an extension and expressly reserve all available defenses, including but not limited to lack of personal jurisdiction and service of process.

[3] Teva Pharmaceutical Industries Ltd., an Israeli company, Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis LLC and Watson Laboratories, Inc. dispute that they have been served but nonetheless agree to an extension and expressly reserve all available defenses, including but not limited to lack of personal jurisdiction and service of process.

4

**Distribution:**

Jessica A. Burke
BURKE LAW GROUP
P.O. Box 1510
Whitley City, Kentucky 42653
Telephone: 859-533-3269
Facsimile: 502-415-7297
jessica@jblawoffices.net

R. Eric Mills
MILLS LAW GROUP
P.O. Box 2057
Inez, Kentucky 41225
Telephone: 606-298-0505

John W. ("Don") Barrett (pro hac vice to be submitted)
Sterling Starns (pro hac vice to be submitted)
David McMullan, Jr. (pro hac vice to be submitted)
Richard Barrett (pro hac vice to be submitted)
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2488
Facsimile: (662) 834-2628
dbarrett@barrettlawgroup.com
sstarns@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net

Warren Burns BURNS CHAREST, LLP
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

Korey A. Nelson
Lydia A. Wright
Rick Yelton
BURNS CHAREST, LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765

1

knelson@burnscharest.com
lwright@burnscharest.com
ryelton@burnscharest.com

Jonathan W. Cuneo (pro hac vice to be submitted)
Monica Miller (pro hac vice to be submitted)
David Black (pro hac vice to be submitted)
Evelyn Li (pro hac vice to be submitted)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monicam@cuneolaw.com
dblack@cuneolaw.com
evelyn@cuneolaw.com

Steve Martino (pro hac vice to be submitted)
TAYLOR MARTINO, P.C.
51 St. Joseph St.
Mobile, AL 36602
Telephone: (251) 433-3131
stevemartino@taylormartino.com

Mark S. Cheffo*
Hayden A. Coleman*
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Mark.Cheffo@dechert.com
Hayden.Coleman@dechert.com

*Counsel for Defendant Purdue Pharma L.P.,
Purdue Pharma Inc.; and The
The Purdue Frederick Company Inc.
\* denotes national counsel who will
seek pro hac vice admission*

Steven A. Luxton
Kentucky Bar No. 94646
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

2

Telephone: (202) 739-3000
steven.luxton@morganlewis.com

Steven A. Reed*
**MORGAN, LEWIS, & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
T: (215) 963-5000
Steven.reed@morganlewis.com

> *Counsel for Defendant Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis LLC and Watson Laboratories, Inc.*
> *\* denotes national counsel who will seek pro hac vice admission*

John A. McCauley
James K. O'Connor
Michael MacWilliams
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Tel: (410) 244-7682
Fax: (410) 244-7742
JMCcauley@venable.com
JKO'Connor@venable.com
Mbmacwilliams@venable.com

> *Counsel for Defendant Abbott Laboratories and Abbott Laboratories Inc.*

Christopher M. Mussler (KBA. 86941)
**GWIN, STEINMETZ & BAIRD, PLLC**
401 West Main Street, Suite 1000
Louisville, KY  40202
Phone:  502-618-5700
Fax:  502-618-5701
cmussler@gsblegal.com

J. Matthew Donohue*
Joseph L. Franco*
**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower

3

111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

*Counsel for Defendant INSYS Therapeutics, Inc.*
*\* denotes national counsel who will*
*seek pro hac vice admission*


Brien T. O'Connor*
Andrew J. O'Connor*
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
Phone: (617) 235-4650
Fax: (617) 235-9882
brien.o'connor@ropesgray.com
andrew.o'connor@ropesgray.com

*Counsel for Defendant Mallinckrodt*
*LLC and SpecGX LLC*
*\* denotes pro hac vice application to*
*be submitted*


Steven B. Loy
Perry M. Bentley
Monica H. Braun
**STOLL KEENON OGDEN PLLC**
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
T: (859)231-3000
F: (859)253-1093
Steven.loy@skofirm.com
Perry.bentley@skofirm.com
Monica.braun@skofirm.com

*Counsel for Defendant Cardinal Health, Inc.*

Jeffrey F. Peck
Thomas G. McIntosh
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800

4

Tendered            18-CI-00512        02/06/2019              Charles Ira Patterson, Perry Circuit Clerk
Case: 6:19-cv-00038-GFVT   Doc #: 7-1   Filed: 02/13/19   Page: 11 of 13 - Page ID#: 544

NOT ORIGINAL DOCUMENT
02/13/2019 02:05:34 PM
88890-11

Cincinnati, OH 45202
T: (513)698-5000
F: (513)698-5001
jpeck@ulmer.com
tmcintosh@ulmer.com

>  *Counsel for Defendant Amneal*
>  *Pharmaceuticals, LLC*

C. Scott Jones
**LOCKE LORD LLP**
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201
D: (214) 740-8761
M: (214) 802-8761
F: (214) 740-8800
sjones@lockelord.com

Robert C. "Coley" Stilz III
**KINKHEAD & STILZ**
PNC Tower
301 East Main Street, Suite 800
Lexington, KY 40507
T: (859) 296-2300
cstilz@ksattorneys.com

>  *Co-Counsels for Defendant Henry*
>  *Schien, Inc.*

Scott Powers
**BAKER BOTTS LLP**
98 San Jacinto Blvd, Ste. 1500
Austin, TX 78701
T: (512)322-2678
F: (512)322-8392
M: (512) 750-4248
Scott.powers@bakerbotts.com

>  *Counsel for Defendant Depomed Inc.*
>  *n/k/a  Assertio Therapeutics, Inc.*

Matthew P. Cook
Colton Givens
**KERRICK BACHERT PSC**
1025 State Street,
Bowling Green, KY 42101

5

T: (270) 782-8160
mcook@kerricklaw.com
cgivens@kerricklaw.com

*Counsel for Defendant Richie Pharmacal, Co.*

Daniel E. Murner
Elizabeth J. Winchell
**LANDRUM & SHOUSE LLP**
106 West Vine Street, Suite 800
Lexington, KY 40507
T: (859) 255-2424
F: (859) 233-0308
dmurner@landrumshouse.com
ewinchell@landrumshouse.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

Charles C. Lifland*
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com

*Attorney for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
*\* pro hac vice application forthcoming*

Donna Welch, PC *
Martin L. Roth *
Timothy Knapp *
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
T: (312) 862-2000

6

Tendered 18-CI-00512 02/06/2019 Charles Ira Patterson, Perry Circuit Clerk NOT ORIGINAL DOCUMENT
02/13/2019 02:05:34 PM
88890-11

Case: 6:19-cv-00038-GFVT   Doc #: 7-1   Filed: 02/13/19   Page: 13 of 13 - Page ID#: 546

Donna.welch@kirkland.com
Martin.roth@kirkland.com
Timothy.knapp@kirkland.com

Jennifer G. Levy PC *
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW
Washington DC 20005
T: (202) 879-5000
Jennifer.levy@kirkland.com
*Counsel for Allergan PLC f/k/a Actavis PLC and Allergan Finance LLC f/k/a Actavis, Inc f/k/a Watson Pharmaceuticals, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*