UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
*(Electronically Filed)*

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) ) ) |
| Plaintiff, | ) ) CASE NO. 6:19-CV-00038-GFVT |
| V. | ) ) |
| PURDUE PHARMA L.P., ET AL. | ) ) ) |
| Defendants. | ) ) ) ) |

**DEFENDANT CARDINAL HEALTH, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cardinal Health, Inc. certifies that it has no parent corporation. Cardinal Health, Inc. is a publicly traded company and there is no publicly held company owning 10% or more of its stock.[1]

---

[1] By filing this required corporate disclosure statement, Cardinal Health, Inc. does not concede that it is a proper party to this action.

                          Respectfully submitted,

                          /s/Steven B. Loy
                          Steven B. Loy
                          Perry M. Bentley
                          Monica H. Braun
                          Stoll Keenon Ogden PLLC
                          300 West Vine Street, Suite 2100
                          Lexington, KY  40507-1801
                          Telephone:  (859) 231-3000
                          Fax:  (859) 253-1093
                          steven.loy@skofirm.com
                          perry.bentley@skofirm.com
                          monica.braun@skofirm.com
                          *Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 13, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which shall automatically serve all counsel of record.  In addition, the following were mailed copies via U.S. Mail, postage prepaid:

R. Eric Mills
**MILLS LAW GROUP**
P.O. Box 2057
Inez, Kentucky 41225

John W. ("Don") Barrett
Sterling Starns
David McMullan, Jr.
Richard Barrett
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, MS 39095

Warren Burns
**BURNS CHAREST, LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202

Korey A. Nelson
Lydia A. Wright
Rick Yelton

**BURNS CHAREST, LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130

Jonathan W. Cuneo
Monica Miller
David Black
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016

Steve Martino
**TAYLOR MARTINO, P.C.**
51 St. Joseph St.
Mobile, AL 36602

Mark S. Cheffo
Hayden A. Coleman
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
*Counsel for Purdue Pharma L.P.,*
*Purdue Pharma Inc.; and The*
*The Purdue Frederick Company Inc.*

Steven A. Luxton
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

Steven A. Reed
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921

*Counsel for Teva Pharmaceutical Industries Ltd.,*
*Teva Pharmaceuticals USA, Inc., Cephalon, Inc.,*
*Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.,*
*Actavis LLC and Watson Laboratories, Inc.*

John A. McCauley
James K. O'Connor
**VENABLE LLP**
750 East Pratt Street, Suite 900
Baltimore, MD 21202

3

*Counsel for Abbott Laboratories and Abbott Laboratories Inc.*

Christopher M. Mussler (KBA. 86941)
**GWIN, STEINMETZ & BAIRD, PLLC**
401 West Main Street, Suite 1000
Louisville, KY 40202

J. Matthew Donohue
Joseph L. Franco
**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204

*Counsel for INSYS Therapeutics, Inc.*

Brien T. O'Connor
Andrew J. O'Connor
**ROPES & GRAY LLP**
800 Boylston Street
Boston, MA 02199
*Counsel for Mallinckrodt LLC and SpecGX LLC*

Jeffrey F. Peck
Thomas G. McIntosh
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
*Counsel for Amneal Pharmaceuticals LLC*

C. Scott Jones
**LOCKE LORD LLP**
2200 Ross Avenue, Ste. 2800
Dallas, TX 75201

Robert C. "Coley" Stilz III
**KINKHEAD & STILZ**
PNC Tower
301 East Main Street, Suite 800
Lexington, KY 40507
*Counsel for Henry Schien, Inc.*

Scott Powers
**BAKER BOTTS LLP**
98 San Jacinto Blvd, Ste. 1500

Austin, TX 78701
*Counsel for Depomed Inc. n/k/a*
*Assertio Therapeutics, Inc.*

Daniel E. Murner
Elizabeth J. Winchell
**LANDRUM & SHOUSE LLP**
106 West Vine Street, Suite 800
Lexington, KY 40507
*Counsel for Defendant AmerisourceBergen*
*Drug Corporation*

Charles C. Lifland
**O'Melveny & Myers LLP**
400 S. Hope Street
Los Angeles, CA 90071
*Counsel for Defendants Johnson & Johnson;*
*Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen*
*Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals,*

Donna Welch, PC
Martin L. Roth
Timothy Knapp
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654

Jennifer G. Levy PC
**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, NW
Washington DC 20005

*Counsel for Allergan PLC f/k/a Actavis PLC*
*and Allergen Finance LLC f/k/a Actavis, Inc.*
*f/k/a Watson Pharmaceuticals, Inc.*

John D. Lombardo
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
*Counsel for Endo Health Solutions, Inc. and*
*Endo Pharmaceuticals, Inc.*

Anda, Inc.
2253 E. BENNETT ST.
SPRINGFIELD, MO 65804

W. Kennedy Simpson
**Thompson, Miller & Simpson, PLC**
734 W. Main Street
Suite 400
Louisville, KY 40202
*Counsel for H.D. Smith, LLC*

Ace Clinique of Medicine LLC
c/o JAMES A. CHANEY, M.D.
181 ROY CAMPBELL DR.
HAZARD, KY 41701

The Recovery Center, LLC
c/o Robert Jack Duncan
1550 Hwy 15 S., Ste 200
Jackson, KY 41339

    /s/Steven B. Loy
*Counsel for Defendant Cardinal Health, Inc.*

121198.158213/7883087.1