# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DISTRICT AT LONDON

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) ) ) |
| PLAINTIFF | ) CIVIL ACTION NO. 6:19-cv-00038 GFVT |
| v. | ) ) ) |
| PURDUE PHARMA L.P., ET AL | ) ) |
| DEFENDANTS | ) |

## AGREED ORDER

Plaintiff, Appalachian Regional Healthcare, Inc., and defendant H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Company ("H. D. Smith"), having agreed by respective counsel pursuant to LR 7.1(b), and the Court being advised:

IT IS ORDERED that defendant H. D. Smith shall have until either March 22, 2019 or twenty-one (21) days after the Court's disposition of any motion to remand, whichever date is later, to serve an answer or move to dismiss.

This ___ day of _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

Tendered by:

| | |
|---|---|
| /s/Jessica A. Burke | /s/W. Kennedy Simpson |
| Jessica A. Burke | W. Kennedy Simpson |
| BURKE LAW GROUP | THOMPSON MILLER & SIMPSON PLC |
| PO Box 1510 | 734 West Main Street, Suite 400 |
| Whitley City, Kentucky 42653 | Louisville, Kentucky 40202 |
| 859-533-3269 | 502-585-9900 |
| jessica@jblawoffices.net | ksimpson@tmslawplc.com |
| *Counsel for Plaintiff* | *Counsel for Defendant H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Company* |