UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −80)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,285 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 21, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−80 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 19−00100 | Autauga County, Alabama v. Purdue Pharma L.P. et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 19−60305 | The City of Pompano Beach, Florida v. Purdue Pharma L.P. et al |
| FLS | 0 | 19−60313 | The City of Miramar, Florida v. Purdue Pharma L.P. et al |
| FLS | 0 | 19−60364 | City of Coconut Creek, Florida v. Purdue Pharma L.P. et al |
| ILLINOIS NORTHERN | | | |
| ~~ILN~~ | ~~1~~ | ~~19−00811~~ | ~~International Union of Operating Engineers, Local 150 et al v. Purdue Pharma L.P. et al~~ |
| KENTUCKY EASTERN | | | |
| KYE | 0 | 19−00014 | City of Grayson v. Purdue Pharma L.P., et al |
| KYE | 2 | 19−00007 | City of Florence v. Purdue Pharma L.P. et al |
| KYE | 6 | 19−00038 | Appalachian Regional Healthcare, Inc. v. Purdue Pharma L.P. et al |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 19−01048 | Golden et al v. Purdue Pharma L.P. et al |
| LAE | 2 | 19−01174 | Kenner City v. Amerisourcebergen Drug Corporation et al |
| LOUISIANA WESTERN | | | |
| LAW | 5 | 19−00153 | Parish of DeSoto v. Purdue Pharma L P et al |
| MARYLAND | | | |
| MD | 8 | 19−00336 | |

| | | | |
|---|---|---|---|
| | | | County Commissioners of Charles County, Maryland v. Purdue Pharma L.P. et al |apro
| MICHIGAN WESTERN | | | |
| MIW | 1 | 19−00094 | Dawsey v. Purdue Pharma L.P. et al |
| MONTANA | | | |
| MT | 4 | 19−00008 | City of Great Falls et al v. Purdue Pharma L.P. et al |
| OHIO SOUTHERN | | | |
| OHS | 2 | 19−00448 | Enders v. Purdue Pharma L.P. et al |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 19−00096 | Cheyenne & Arapaho Tribes v. McKesson Corporation et al |
| PENNSYLVANIA MIDDLE | | | |
| PAM | 3 | 19−00190 | City of Nanticoke, Pennsylvania v. Purdue Pharma L.P. et al |
| WEST VIRGINIA SOUTHERN | | | |
| WVS | 5 | 19−00084 | Greenbrier County Commission v. AmerisourceBergen Drug Corporation et al |
| WYOMING | | | |
| WY | 1 | 19−00024 | Casper WY v. Purdue Pharma LP et al |