**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DISTRICT AT LONDON**

| | |
|---|---|
| APPALACHIAN REGIONAL HEALTHCARE, INC. | ) ) ) |
| PLAINTIFF | ) NO. 6:19-cv-00038-GFVT |
| v. | ) ) |
| PURDUE PHARMA L.P., ET AL | ) ) |
| DEFENDANTS | ) |

**AMENDED AGREED ORDER**

By agreement of the Defendants listed below, by counsel, and Plaintiff Appalachian Regional Healthcare, by counsel, and the Court being sufficiently advised; IT IS HEREBY ORDERED that the below listed Defendants shall have an enlargement of time to sixty (60) days following the earlier of either any decision on a motion for remand that Plaintiff may file or a final decision by the Judicial Panel on Multidistrict Litigation ("JPML") on whether to transfer the case to In re: National Prescription Opiate Litigation, MDL No. 2804 (N.D. Ohio), to move, answer, or otherwise respond to the Complaint.

DATED THIS _____ DAY OF _____, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

*/s/Jessica A. Burke*
Jessica A. Burke
**BURKE LAW GROUP**
P.O. Box 1510
Whitley City, Kentucky 42653
Phone: (859) 533-3269
Fax:    (502) 415-7297
jessica@jblawoffices.net
*Counsel for Plaintiff Appalachian*
*Regional Healthcare*

*/s/W. Kennedy Simpson*
W. Kennedy Simpson
THOMPSON MILLER & SIMPSON PLC
734 West Main Street, Suite 400
Louisville, Kentucky 40202
502-585-9900
ksimpson@tmslawplc.com
*Counsel for Defendant H. D. Smith, LLC,*
*f/k/a H. D. Smith Wholesale Drug Company*

*/s/ Monica H. Braun*
Steven B. Loy
Perry M. Bentley
Monica H. Braun
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507-1801
T: (859) 231-3000
F: (859) 253-1093
Steven.loy@skofirm.com
Perry.bentley@skofirm.com
Monica.braun@skofirm.com
*Counsel for Defendant Cardinal Health, Inc.*

*/s/ C. Scott Jones*
C. Scott Jones
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8761
M: (214) 802-8761
F: (214) 740-8800
Sjones@lockelord.com
*Co-counsel for Defendant Henry Schien, Inc.*

   */s/ Robert C. "Coley" Stilz III*
Robert C. "Coley" Stilz III
KINKHEAD & STILZ
PNC Tower
301 East Main Street, Suite 800
Lexington, KY 40507
T: (859) 296-2300
cstilz@ksattorneys.com
*Co-counsel for Defendant Henry Schien, Inc.*

   */s/ Matthew P. Cook*
Matthew P. Cook
Colton Givens
KERRICK BACHERT PSC
1025 State Street
Bowling Green, KY 42101
T: (270) 782-8160
mcook@kerricklaw.com
cgivens@kerricklaw.com
*Counsel for Defendant Richie Pharmacal, Co.*

   */s/ John A. McCauley*
John A. McCauley
James K. O'Connor
Michael MacWilliams
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
T: (410)244-7682
F: (410)244-7742
jmccauley@venable.com
jko'connor@venable.com
mbmacwilliams@venable.com
*Counsel for Defendant Abbott Laboratories and Abbott Laboratories Inc.*

*/s/ Louis W. Schack*
Louis W. Schack\*
Neil A. Hlawatsch\*
REED SMITH LLP
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
LSchack@ReedSmith.com
NHlawatsch@ReedSmith.com
*\*denotes national counsel who will seek pro hac vice admission*
*Attorneys for Defendant AmerisourceBergen Drug Corporation*

   /s/ Jeffrey F. Peck
Jeffrey F. Peck
Thomas G. McIntosh
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
T: (513)698-5000
F: (513)698-5001
jpeck@ulmer.com
tmcintosh@ulmer.com
*Counsel for Defendant Amneal Pharmaceuticals LLC*

   */s/ Christopher M. Mussler*
Christopher M. Mussler
GWIN, STEINMETZ & BAIRD, PLLC
401 West Main Street, Suite 1000
Louisville, KY 40202
Telephone: 502-618-5700
Facsimile: 502-618-5701
cmussler@gsblegal.com

J. Matthew Donohue*
Joseph L. Franco*
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com
*Co-counsels for Defendant INSYS Therapeutics, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

   */s/ Mark S. Cheffo*
Mark S. Cheffo*
Hayden A. Coleman*
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Mark.Cheffo@dechert.com
Hayden.Coleman@dechert.com
*Counsel for Defendant Purdue Pharma L.P.,*

*Purdue Pharma Inc.; and The
Purdue Frederick Company Inc.
\* denotes national counsel who will seek pro hac vice admission*

   */s/ Scott Powers*_____
Scott Powers
BAKER BOTTS LLP
98 San Jacinto Blvd, Ste. 1500
Austin, TX 78701
T: (512)322-2678
F: (512)322-8392
M: (512) 750-4248
Scott.powers@bakerbotts.com
*Counsel for Defendant Depomed Inc. n/k/a Assertio Therapeutics, Inc.*

 */s/ Brien T. O'Connor*_____
Brien T. O'Connor \*
Andrew J. O'Connor \*
ROPES & GRAY LLP[1]
800 Boylston Street
Boston, MA 02199
T: (617) 235-4650
F: (617) 235-9882
Brien.o'connor@ropesgray.com
Andrew.o'connor@ropesgray.com
*Counsel for Mallinckrodt LLC and SpecGX LLC
Specially appearing for Mallinckrodt PLC
\* denotes pro hac vice application to be submitted*

*/s/ Donna Welch*_____
Donna Welch, PC \*
Martin L. Roth \*
Timothy Knapp \*
KIRKLAND & ELLIS LLP[2]
300 North LaSalle
Chicago, IL 60654

---

[1] [1] Mallinckrodt plc, an Irish company, disputes that it was properly served but nonetheless agrees to an extension and expressly reserves all available defenses, including but not limited to lack of personal jurisdiction and service of process.

[2] Allergan plc f/k/a Actavis plc and Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. dispute that they have been served but nonetheless agree to an extension and expressly reserve all available defenses, including but not limited to lack of personal jurisdiction and service of process.

T: (312) 862-2000
Donna.welch@kirkland.com
Martin.roth@kirkland.com
Timothy.knapp@kirkland.com

Jennifer G. Levy PC *
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington DC 20005
T: (202) 879-5000
Jennifer.levy@kirkland.com
*Counsel for Allergan PLC f/k/a Actavis PLC and Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

*/s/ Lindsay Zanello*
_____
Lindsay Zanello
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3867
lindsay.zanello@dechert.com
*Counsel for Purdue Pharma L.P.*

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho*
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
E-mail: daniel.jarcho@alston.com

Cari K. Dawson*
Georgia Bar No. 213490
Jenny A. Mendelsohn*
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
E-mail: cari.dawson@alston.com

E-mail: jenny.mendelsohn@alston.com
*Attorneys for Noramco, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

*/s/ Kirk Ogrosky*
Kirk Ogrosky
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: 202-942-5000
Fax: 202-942-5999
Email: Kirk.Ogrosky@arnoldporter.com
*Counsel for Defendants Endo Health Solutions Inc. and*
*Endo Pharmaceuticals Inc.*

*/s/ Charles C. Lifland*
Charles C. Lifland\*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com
*Attorney for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

*/s/ Charles C. Lifland*
Charles C. Lifland\*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000
clifland@omm.com
*Attorney for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*
*\* denotes national counsel who will seek pro hac vice admission*

*/s/ Kirk Ogrosky*
Kirk Ogrosky
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
202-942-5000
Kirk.Ogrosky@arnoldporter.com
*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

*/s/ Trent Spurlock*
Trent Spurlock
DINSMORE & SHOHL LLP
101 S. Fifth Street
Suite 2500
Louisville, KY 40202
Tel: (502) 540-2300
Fax: (502) 540-2529
trent.spurlock@dinsmore.com

Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
Fax: (215) 963-5001
steven.reed@morganlewis.com

Wendy West Feinstein*
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre, 32nd Floor
Pittsburgh, PA 15219-6401
(412) 560-7455
wendy.feinstein@morganlewis.com

Brian M. Ercole*
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3416
Fax: (305) 415-3001
brian.ercole@morganlewis.com
**denotes national counsel who will seek pro hac vice admission*
*Counsel for Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. and Actavis LLC.*

/s/ Melissa Norman Bork
Margaret E. Keane
Holland N. McTyeire, V
Melissa Norman Bork
BINGHAM GREENEBAUM DOLL LLP
101 S. Fifth Street, Suite 3500
Louisville, KY 40202
Tel: 502-589-4200
Fax: 502-587-3695
Email: mkeane@bgdlegal.com
hmctyeire@bgdlegal.com
mbork@bgdlegal.com

and

James W. Matthews*
Ana M. Francisco*
Katy E. Koski*
FOLEY & LARDNER LLP
111 Hungtington Avenue
Boston, MA 02199
Tel: 617.342.4000
Fax: 617.342.4001
Email: jmatthews@foley.com
afrancisco@foley.com
kkoski@foley.com
*denotes national counsel, pro hac motion forthcoming*
Counsel for Anda, Inc.